AO 440 (Rev. 8/01) Summons in a Civil Action

# DISTRICT COURT OF GUAM

CONNIE S. ANDERSON,

       Plaintiff,

v.

ARMORED EXPRESS SERVICES, INC.,

       Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **06-00019**

**FILED**
DISTRICT COURT OF GUAM
AUG 1 0 2006
MARY L.M. MORAN
CLERK OF COURT

TO: (Name and address of Defendant)

Armored Express Services, Inc.
P.O. Box 24408
GMF, Guam 96921

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William L. Gavras, Esq.
Law Offices of Gorman & Gavras, P.C.
2nd Floor, J & R Building
208 Route 4
Hagatna, Guam 96910

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**MARY L. M. MORAN**
**Clerk Of Court**

CLERK _[signature]_

(By) DEPUTY CLERK

DATE: JUL 1 4 2006

**ORIGINAL**

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 7/25/06 | |
| NAME OF SERVER (PRINT) Angelo O. Cruz | TITLE Messenger | |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: Armored Express Services, Inc., 137 Skat St., Harmon, Guam by serving Carl Williams, Company President

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/25/06
Date

Signature of Server

Law Offices of Gorman & Gavras
2nd Floor, J&R Bldg., 208 Rt. 4, Hagatna, GU 96910
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.