DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| CONNIE ANDERSON,<br><br>Plaintiff,<br><br>vs.<br><br>ARMORED EXPRESS SERVICES, INC.,<br><br>Defendants. | Civil Case No. 06-00019<br><br><br><br>**ORDER** |

Due to the scheduling needs of the Court, the Scheduling Conference presently calendared for October 12, 2006, is hereby moved to Tuesday, October 17, 2006, at 10:00 a.m.

SO ORDERED this 27th day of September 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

ORIGINAL