# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| CONNIE ANDERSON,<br><br>    Plaintiff,<br><br>  vs.<br><br>ARMORED EXPRESS SERVICES, INC.,<br><br>    Defendants. | Civil Case No. 06-00019<br><br><br><br>**ORDER** |

    Due to the scheduling needs of the Court, the Scheduling Conference presently calendared for October 17, 2006, is hereby moved to Thursday, October 19, 2006, at 10:30 a.m.

    SO ORDERED this 16th day of October 2006.

                                      /s/ Joaquin V. E. Manibusan, Jr.
                                      JOAQUIN V.E. MANIBUSAN, JR.
                                        U.S. Magistrate Judge