**FILED**
DISTRICT COURT OF GUAM
OCT 19 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| CONNIE ANDERSON,<br><br>Plaintiff,<br><br>vs.<br><br>ARMORED EXPRESS SERVICES, INC.,<br><br>Defendants. | Civil Case No. 06-00019<br><br><br><br>MINUTES |

(✓) SCHEDULING CONFERENCE      ( ) PRELIMINARY PRETRIAL CONFERENCE
(October 19, 2006, at 10:40 a.m.)

( ) FINAL PRETRIAL CONFERENCE      ( ) STATUS CONFERENCE

**Notes**: William Gavras, Esq. appeared on behalf of the Plaintiff. The Defendants have not made an appearance in this case and thus did not appear.

    Mr. Gavras advised the Court that the parties have settled their dispute and are in the process of executing the settlement documents. He anticipated filing a dismissal of this action "shortly" (within the next two (2) weeks). Judge Manibusan continued the Scheduling Conference to November 9, 2006, at 10:00 a.m. If the dismissal documents are received before said date, the parties need not appear at the continued Scheduling Conference.

    The conference concluded at 10:45 a.m.

    Dated: October 19, 2006.

/s/ Judith P. Hattori
JUDITH P. HATTORI
Law Clerk