FILED
DISTRICT COURT OF GUAM
NOV - 9 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| CONNIE ANDERSON,<br><br>Plaintiff,<br><br>vs.<br><br>ARMORED EXPRESS SERVICES, INC.,<br><br>Defendant. | Civil Case No. 06-00019<br><br><br><br>MINUTES |

(√) SCHEDULING CONFERENCE      ( ) PRELIMINARY PRETRIAL CONFERENCE
     (November 9, 2006, at 10:18 a.m.)

( ) FINAL PRETRIAL CONFERENCE    ( ) STATUS CONFERENCE

**Notes**: William Gavras, Esq. appeared on behalf of the Plaintiff at the continued Scheduling Conference. The Defendant has not made an appearance in this case and thus did not appear.

Mr. Gavras informed the Court that the settlement documents have been drafted, however, the Plaintiff has not come to his office to execute said documents. He requested the Court's indulgence and requested a short continuance of the matter, stating he is confident the Plaintiff will sign the settlement agreement.

The Court granted the request for continuance. The Court directed Mr. Gavras to either file the pleadings dismissing this action by December 1, 2006, or submit a proposed scheduling

///

///

Connie S. Anderson v. Armored Express Services, Inc., Civil Case No. 06-00019
Minutes re Continued Scheduling Conference (November 9, 2006)

order and discovery plan by said date. The scheduling conference was continued until Thursday, December 7, 2006, at 10:00 a.m.

The conference concluded at 10:31 a.m.

Dated: November 9, 2006.

_____
JUDITH P. HATTORI
Law Clerk

- 2 -