**JOAQUIN C. ARRIOLA, JR., ESQ.**
**ARRIOLA, COWAN & ARRIOLA**
259 MARTYR STREET, SUITE 201
C&A BUILDING, HAGÅTÑA, GUAM
P.O. BOX X, HAGÅTÑA, GUAM 96932
TELEPHONE: (671) 477-9730/33
TELECOPIER: (671) 477-9734

Counsel for Defendant
*ARMORED EXPRESS SERVICES, INC.*

**FILED**
DISTRICT COURT OF GUAM

NOV - 9 2006

**MARY L.M. MORAN**
**CLERK OF COURT**

## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| CONNIE ANDERSON, ) | CIVIL CASE NO. **06-00019** |
| Plaintiff, ) | |
| vs. ) | **STIPULATED DISMISSAL WITH PREJUDICE** |
| ARMORED EXPRESS SERVICES, INC., ) | |
| Defendant. ) | |

COME NOW the Parties, through respective counsel of record, to Stipulate and Agree that the foregoing civil action be and the same is hereby *dismissed with prejudice*. Each party to bear their own fees and costs. IT IS SO STIPULATED this ___ day of ~~October~~ November, 2006.

| | |
|---|---|
| **ARRIOLA, COWAN & ARRIOLA** | **GORMAN & GAVRAS** |
| Counsel for Defendant | Counsel for Plaintiff |
| JOAQUIN C. ARRIOLA, JR. | WILLIAM GAVRAS |